JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER RODRIGUEZ GONZALEZ, | Case No. 5:26-cv-02729-SB-ACCV |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| WARDEN-FACILITY ADMINISTRATOR et al., | |
| Respondents. | |

For the reasons stated in the separate orders entered on June 5 and June 24, 2026, it is ordered that Petitioner's petition for writ of habeas corpus is granted as to his request for a bond hearing but denied to the extent he seeks release from detention.

This is a final judgment.

Date: June 24, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1